FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 SEP 12  PM 4:38

CLERK __mbp__
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 1347 |
| ANTHONY T. SECURO | ) Health Care Fraud |
| | ) |
| | ) 18 U.S.C. § 1035(a)(2) |
| | ) False Statements Relating to |
| | ) Health Care Matters |
| | ) |
| | ) Forfeiture Allegation |
| | ) |
| | ) (SEALED) |

ORDER     CR619-0010

The Government's motion to seal the Indictment is GRANTED until further Order of this Court.

SO ORDERED this 12th day of September, 2019.

_____
HON. CHRISTOPHER RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA