UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| UNITED STATES OF AMERICA | ) INDICTMENT NO. 6:19-CR-010 |
|---|---|
| v. | ) |
| ANTHONY T. SECURO | ) |

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED that the above-styled Indictment, and all process issued thereunder, be unsealed.

SO ORDERED this 23rd day of September, 2019.

HON. CHRISTOPHER RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA