IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 6:19CR10 |
| | ) | |
| ANTHONY T. SECURO, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Counsel for the government in the above-captioned case have advised the Court that the (Doc. 21) Motion for Reciprocal Discovery has been complied with.

IT IS ORDERED that the (Doc. 21) Motion for Reciprocal Discovery is DISMISSED.

SO ORDERED, this 2nd day of January 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA